UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 17-cv-24516-KMW

COREY C. CHARLTON,

    Plaintiff,

vs.

STATE OF FLORIDA,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's corrected report and recommendation (DE 35) ("Report") regarding Plaintiff Corey Charlton's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. Mr. Charlton filed a notice of appeal indicating that he is appealing the Order entered on July 8, 2020 to the U.S. Court of Appeals for the Eleventh Circuit.[1] (DE 36). The Clerk's office erroneously docketed Mr. Charlton's notice of appeal as "Objections / Notice of Appeal." However, other than stating that he is appealing the Report, Mr. Charlton's notice does not actually articulate any objections to the Report. No objections were otherwise filed and the time to do so has passed.

Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** that:

1. The conclusions in the Report (DE 35) are **AFFIRMED AND ADOPTED**.

2. This action is **DISMISSED**.

---

[1] The only Order entered on July 8, 2020 was Magistrate Judge Reid's Report, thus, Mr. Charlton's appeal appears to be of the Report.

3. No certificate of appealability shall issue.

4. All pending motions are **DENIED AS MOOT**.

5. The Clerk is directed to **CLOSE** this case.

6. The Clerk is directed to transmit Mr. Charlton's notice of appeal (DE 36) to the US Court of Appeals for the Eleventh Circuit.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 2nd day of October, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:
Corey C. Charlton
551709
Martin Correctional Institution
Inmate Mail/Parcels
1150 SW Allapattah Road
Indiantown, FL 34956